**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

Denetra Hughley                          )
                                         )
                                         )
                                         )
  Plaintiff(s),                          )
                                         )
v.                                       )    Case No. _____
                                         )    (to be assigned by Clerk of District Court)
Elevance Health Inc                      )
                                         )
                                         )
                                         )    JURY TRIAL DEMANDED
                                         )
                                         )    YES ✔    NO ☐
Defendant(s).  (Enter above the full name(s)  )
of all defendants in this lawsuit. Please     )
attach additional sheets if necessary.)       )

### EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

✔  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, _et seq._, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: _In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission._

___  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, _et seq._, for employment discrimination on the basis of age (age 40 or older). **NOTE**: _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission._

✔  Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, _et seq._, for employment discrimination on the basis of disability. **NOTE**: _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission._

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✔ Other (Describe)    Violations of the Family and Medical Leave Act (FMLA)

## PARTIES

2.    Plaintiff's name: Denetra Hughley

Plaintiff's address: 4415 Tennessee Ave.
Street address or P.O. Box

St. Louis, MO 63111
City/ County/ State/Zip Code

(314) 675-8318
Area code and telephone number

3.    Defendant's name: Elevance Health Inc.

Defendant's address: 220 Virginia Ave.
Street address or P.O. Box

Indianapolis, IN 46204
City/County/State/ Zip Code

(833) 401-1577
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

April 13, 2022 - June 23, 2023
_____

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes     Date filed: 7/25/2023 and 10/26/2023

☐ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: 6/22/2023 and 6/24/2023

☐ No

8.      Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

    _____ failure to hire me

    ✔ termination of my employment

    _____ failure to promote me

    _____ failure to accommodate my disability

    ✔ terms and conditions of my employment differ from those of similar employees

    ✔ retaliation

    ✔ harassment

    ✔ other conduct (specify):

```
Discrimination, adverse employment actions, FMLA
request and status in a protected class.
```

Did you complain about this same conduct in your charge of discrimination?

    ✔ Yes                    ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

✔ race

____ religion

____ national origin

✔ color

✔ gender

____ disability

____ age (birth year is: _____ )

✔ other:   Health condition and Family and Medical Leave (FML) Request

Did you state the same reason(s) in your charge of discrimination?

✔ Yes                    ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Please See Attached Documents (PDF).

(Continue to page 6, if additional space is needed.)

5

Please See Attached Documents (PDF).

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☐    are still being committed by the defendant.

☐    are no longer being committed by the defendant.

☑    may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
1. Order reinstatement to my former position (or a comparable
position) or, alternatively, award front pay.
2. Award back pay, including lost wages and benefits.
3. Award compensatory damages for emotional distress and mental
anguish.
4. Award punitive damages to deter future misconduct.
5. Award attorney's fees and court costs.
6. Grant any other relief the Court deems just and proper.
```

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of September , 20 24 .

Signature of Plaintiff    Denetra M. Hughley

8